GARMIN LTD. and Garmin Corporation, Plaintiffs/Counterclaim Defendants–Appellants,

and

Garmin International, Inc., Counterclaim Defendant–Appellant,

v.

TOMTOM, INC., Defendant/Counterclaimant–Cross Appellant,

and

Baldivi B.V., Counterclaimant–Cross Appellant.

Nos. 2007–1381, 2007–1408.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Edward P. MENDIOLA, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2008–3014.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2007.

Edward P. Mendiola, pro se.

## ORDER

Order Vacated, See 2008 WL 1753565.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.